**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re: UNIVERSAL SUPPLY INC.   §   Case No. 14-00909
                               §
                               §
                               §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Joseph W. Hammes, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $98,200.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $12,947.31 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $23,160.87 | | |

   3) Total gross receipts of $36,108.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $36,108.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $199,623.10 | $0.00 | $0.00 | $2,032.89 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $23,160.87 | $23,160.87 | $23,160.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $389,005.21 | $555,216.93 | $515,492.37 | $10,914.42 |
| **TOTAL DISBURSEMENTS** | $588,628.31 | $578,377.80 | $538,653.24 | $36,108.18 |

4) This case was originally filed under chapter 7 on 02/17/2014. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/20/2019       By: /s/ Joseph W. Hammes
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Chevrolet 3500 60,000 miles Titled in the N | 1129-000 | $8,900.00 |
| Unclaimed Property Division; State of Indiana | 1221-000 | $18,008.18 |
| 2004 Ford F150 Truck 115,000 miles Titled in the | 1129-000 | $9,200.00 |
| TOTAL GROSS RECEIPTS | | $36,108.18 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6-S | Regions Bank, | 4110-000 | $199,623.10 | $0.00 | $0.00 | $2,032.89 |
| | TOTAL SECURED | | $199,623.10 | $0.00 | $0.00 | $2,032.89 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Joseph W. Hammes | 2100-000 | NA | $4,360.82 | $4,360.82 | $4,360.82 |
| Trustee, Expenses - Joseph W. Hammes | 2200-000 | NA | $244.70 | $244.70 | $244.70 |
| Attorney for Trustee Fees - Hester Baker Krebs LLC | 3110-000 | NA | $2,400.00 | $2,400.00 | $2,400.00 |
| Attorney for Trustee Fees - Tucker Hester Baker & Krebs, LLC | 3110-000 | NA | $6,120.00 | $6,120.00 | $6,120.00 |
| Attorney for Trustee, Expenses - Hester Baker Krebs LLC | 3120-000 | NA | $15.50 | $15.50 | $15.50 |
| Attorney for Trustee, Expenses - Tucker Hester Baker & Krebs, LLC | 3120-000 | NA | $185.93 | $185.93 | $185.93 |
| Auctioneer Fees - Reliable Motors Inc. | 3610-000 | NA | $862.00 | $862.00 | $862.00 |
| Auctioneer Fees - Reliable Motors, Inc. | 3610-000 | NA | $1,091.00 | $1,091.00 | $1,091.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $384.19 | $384.19 | $384.19 |
| Other State or Local Taxes (post-petition) - Indiana Department of Revenue | 2820-000 | NA | $429.00 | $429.00 | $429.00 |
| Special Counsel for Trustee Fees - Ezra N. Goldman PC | 3210-600 | NA | $6,002.73 | $6,002.73 | $6,002.73 |
| Accountant for Trustee Fees (Other Firm) - Potts, Hannah & Fischer, P.C. | 3410-000 | NA | $1,065.00 | $1,065.00 | $1,065.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $23,160.87 | $23,160.87 | $23,160.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||||

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | United States Bankruptcy Clerk | 7100-000 | NA | $490.94 | $490.94 | $490.94 |
| 1 | The Habegger Corporation | 7100-000 | $283,682.85 | $296,137.49 | $296,137.49 | $7,444.99 |
| 2 | Indianapolis Power & Light Co. | 7100-000 | $603.00 | $301.50 | $301.50 | $7.58 |
| 3 | Wells Fargo Payment Remittance Center | 7100-000 | $19,062.86 | $19,062.86 | $19,062.86 | $479.25 |
| 4 | Rinky Corporation Inc. | 7100-000 | $0.00 | $39,724.56 | $0.00 | $0.00 |
| 5 | Rinky Corporation Inc. | 7100-000 | $58,415.27 | $39,724.56 | $39,724.56 | $507.75 |
| 6 -2 | Regions Bank, | 7100-000 | $0.00 | $159,047.28 | $159,047.28 | $1,965.61 |
| 7 | Indiana Bell Telephone Comany, Incorporated | 7100-000 | $733.69 | $727.74 | $727.74 | $18.30 |
| N/F | Bank of America ATTN: Bankruptcy Dept. | 7100-000 | $24,451.91 | NA | NA | NA |
| N/F | Citizens Energy Group | 7100-000 | $77.65 | NA | NA | NA |
| N/F | James J. Schneider | 7100-000 | $1,031.16 | NA | NA | NA |
| N/F | Katzman & Katzman, P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | National Processing Company | 7100-000 | $169.41 | NA | NA | NA |
| N/F | Statman Harris & Eyrich LLC | 7100-000 | NA | NA | NA | NA |
| N/F | The Cincinnati Insurance Company | 7100-000 | $697.00 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $80.41 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $389,005.21 | $555,216.93 | $515,492.37 | $10,914.42 |
|---|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 14-00909 | Trustee Name: | (340270) Joseph W. Hammes |
| Case Name: | UNIVERSAL SUPPLY INC. | Date Filed (f) or Converted (c): | 02/17/2014 (f) |
| | | § 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 11/20/2019 | Claims Bar Date: | 07/17/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Acct With Regions Bank Frozen | 5,700.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1999 Chevrolet 3500 60,000 miles Titled in the N | 4,888.00 | 4,026.00 | | 8,900.00 | FA |
| 3 | 2004 Ford F150 Truck 115,000 miles Titled in the | 9,488.00 | 8,397.00 | | 9,200.00 | FA |
| 4 | Business Equipment Used In Connection With Unive | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | Business Inventory Used In Connection With Unive | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Unclaimed Property Division; State of Indiana (u) | Unknown | Unknown | | 18,008.18 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$112,576.00** | **$12,423.00** | | **$36,108.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

2017-07-20 Case has been reopened to recover "Unclaimed Property" from the state. SC employed to recover the funds. Funds received from state today. Compensate counsel and prepare TFR.

Prepare General Counsel Fee Application and Order.

Then TFR once GC Order received and check written.
Waiting for prior years tax returns to determine adjusted basis for trucks sold by the estate.

| Initial Projected Date Of Final Report (TFR): | 12/30/2015 | Current Projected Date Of Final Report (TFR): | 09/12/2018 (Actual) |

| 11/20/2019 | | /s/Joseph W. Hammes |
| Date | | Joseph W. Hammes |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 14-00909 | Trustee Name: | Joseph W. Hammes (340270) |
|---|---|---|---|
| Case Name: | UNIVERSAL SUPPLY INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1345 | Account #: | ******7066 Checking Account |
| For Period Ending: | 11/20/2019 | Blanket Bond (per case limit): | $73,815,850.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/20/15 | {2} | RELIABLE MOTORS, INC. | GROSS SALE PROCEEDS 1999 CHEV C35 STAKEBED TRUCK. | 1129-000 | 8,900.00 | | 8,900.00 |
| 08/31/15 | {3} | RELIABLE MOTORS, INC. | GROSS SALE PROCEEDS 2004 Ford F-150. | 1129-000 | 9,200.00 | | 18,100.00 |
| 08/31/15 | 101 | Reliable Motors Inc. | Agent's Commission & expense reimbursement | 3610-000 | | 862.00 | 17,238.00 |
| 08/31/15 | 102 | Reliable Motors, Inc. | Agent's Commission & Expenses Reimbursement | 3610-000 | | 1,091.00 | 16,147.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,137.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.55 | 16,113.45 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.17 | 16,090.28 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.37 | 16,067.91 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.42 | 16,042.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.24 | 16,020.25 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.21 | 15,998.04 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.24 | 15,972.80 |
| 04/26/16 | 103 | Potts, Hannah & Fischer, P.C. | Accountant's fee for preparing tax return. | 3410-000 | | 330.00 | 15,642.80 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.14 | 15,620.66 |
| 05/31/16 | 104 | Tucker Hester Baker & Krebs, LLC | | | | 6,305.93 | 9,314.73 |
| | | | General Counsel Expenses. $185.93 | 3120-000 | | | |
| | | | GC Fees $6,120.00 | 3110-000 | | | |
| 09/22/16 | 105 | Joseph W. Hammes, Trustee | | | | 2,732.16 | 6,582.57 |
| | | Joseph W. Hammes | Trustee expenses $172.16 | 2200-000 | | | |
| | | Joseph W. Hammes | Trustee Fee $2,560.00 | 2100-000 | | | |
| 10/03/16 | 106 | The Habegger Corporation | Dividend paid 1.27% on $296,137.49; Claim# 1; Filed: $296,137.49; Reference: | 7100-000 | | 3,785.13 | 2,797.44 |
| 10/03/16 | 107 | Indianapolis Power & Light Co. | Dividend paid 1.27% on $301.50; Claim# 2; Filed: $301.50; Reference: | 7100-000 | | 3.85 | 2,793.59 |
| 10/03/16 | 108 | Wells Fargo Bank, N.A. | Dividend paid 1.27% on $19,062.86; Claim# 3; Filed: $19,062.86; Reference: | 7100-000 | | 243.65 | 2,549.94 |
| 10/03/16 | 109 | Rinky Corporation Inc. | Dividend paid 1.27% on $39,724.56; Claim# 5; Filed: $39,724.56; Reference: | 7100-000 | | 507.75 | 2,042.19 |

Page Subtotals: $18,100.00   $16,057.81

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 14-00909-JMC-7A    Doc 80    Filed 11/21/19    EOD 11/21/19 15:09:24    Pg 10 of 13

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 14-00909 | Trustee Name: | Joseph W. Hammes (340270) |
|---|---|---|---|
| Case Name: | UNIVERSAL SUPPLY INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1345 | Account #: | ******7066 Checking Account |
| For Period Ending: | 11/20/2019 | Blanket Bond (per case limit): | $73,815,850.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/16 | 110 | Regions Bank, | Dividend paid 1.27% on $159,047.28; Claim# 6 -2; Filed: $159,047.28; Reference: | 4110-000 | | 2,032.89 | 9.30 |
| 10/03/16 | 111 | Indiana Bell Telephone Comany, Incorporated | Dividend paid 1.27% on $727.74; Claim# 7; Filed: $727.74; Reference: | 7100-000 | | 9.30 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,100.00 | 18,100.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,100.00 | 18,100.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,100.00** | **$18,100.00** | |

{ } Asset Reference(s)  **UST Form 101-7-TDR ( 10 /1/2010)**  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 14-00909 | Trustee Name: | Joseph W. Hammes (340270) |
|---|---|---|---|
| Case Name: | UNIVERSAL SUPPLY INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1345 | Account #: | ******7067 Checking Account |
| For Period Ending: | 11/20/2019 | Blanket Bond (per case limit): | $73,815,850.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/17 | {6} | Auditor State of Indiana | Recovery of funds held by Indiana Unclaimed Property derived from a small refund from Ascension Health, plus shares of Prudential Financial Inc. and accumulated dividends. | 1221-000 | 18,008.18 | | 18,008.18 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,998.18 |
| 08/15/17 | 101 | Ezra N. Goldman PC | Special Counsel Fee | 3210-600 | | 6,002.73 | 11,995.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.59 | 11,969.86 |
| 09/18/17 | 102 | Hester Baker Krebs LLC | | | | 2,415.50 | 9,554.36 |
| | | | GC Fee $2,400.00 | 3110-000 | | | |
| | | | GC expenses $15.50 | 3120-000 | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.71 | 9,538.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.63 | 9,524.02 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.69 | 9,510.33 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 9,497.11 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.02 | 9,482.09 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.72 | 9,469.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.62 | 9,455.75 |
| 04/16/18 | 103 | Indiana Department of Revenue | Balance of Tax Due; 2017 Form IT-41; 35-1731345 | 2820-000 | | 429.00 | 9,026.75 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.10 | 9,013.65 |
| 05/31/18 | | Rabobank, N.A. | Bank & Technology Services Fee | 2600-000 | | 14.26 | 8,999.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.51 | 8,986.88 |
| 07/20/18 | 104 | Potts Hannah & Fischer, P.C. | Accountant Fee Stopped on 08/28/2018 | 3410-005 | | 735.00 | 8,251.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.78 | 8,238.10 |
| 08/28/18 | 104 | Potts Hannah & Fischer, P.C. | Accountant Fee Stopped: check issued on 07/20/2018 | 3410-005 | | -735.00 | 8,973.10 |
| 08/28/18 | 105 | Potts, Hannah & Fischer, P.C. | Per Invoice dated 7-12-2018 | 3410-000 | | 735.00 | 8,238.10 |
| 05/01/19 | 106 | The Habegger Corporation | Dividend paid 2.51% on $296,137.49; Claim# 1; Filed: $296,137.49; Reference: | 7100-000 | | 3,659.86 | 4,578.24 |
| 05/01/19 | 107 | Indianapolis Power & Light Co. | Dividend paid 2.51% on $301.50; Claim# 2; Filed: $301.50; Reference: | 7100-000 | | 3.73 | 4,574.51 |
| 05/01/19 | 108 | Wells Fargo Payment Remittance Center | Dividend paid 2.51% on $19,062.86; Claim# 3; Filed: $19,062.86; Reference: | 7100-000 | | 235.60 | 4,338.91 |
| | | | **Page Subtotals:** | | **$18,008.18** | **$13,669.27** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 14-00909 | Trustee Name: | Joseph W. Hammes (340270) |
|---|---|---|---|
| Case Name: | UNIVERSAL SUPPLY INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1345 | Account #: | ******7067 Checking Account |
| For Period Ending: | 11/20/2019 | Blanket Bond (per case limit): | $73,815,850.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/19 | 109 | Rinky Corporation Inc. | Dividend paid  2.51% on $39,724.56; Claim# 5; Filed: $39,724.56; Reference: Stopped on 08/21/2019 | 7100-005 | | 490.94 | 3,847.97 |
| 05/01/19 | 110 | Regions Bank, | Dividend paid  2.51% on $159,047.28; Claim# 6 -2; Filed: $159,047.28; Reference: | 7100-000 | | 1,965.61 | 1,882.36 |
| 05/01/19 | 111 | Indiana Bell Telephone Comany, Incorporated | Dividend paid  2.51% on $727.74; Claim# 7; Filed: $727.74; Reference: | 7100-000 | | 9.00 | 1,873.36 |
| 05/01/19 | 112 | Joseph W. Hammes | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,873.36 | 0.00 |
| | | Joseph W. Hammes | Dividend paid 100.00% on $4,360.82;  Claim# ; Filed: $4,360.82<br>$1,800.82 | 2100-000 | | | |
| | | Joseph W. Hammes | Dividend paid 100.00% on $244.70;  Claim# ; Filed: $244.70<br>$72.54 | 2200-000 | | | |
| 08/21/19 | 109 | Rinky Corporation Inc. | Dividend paid  2.51% on $39,724.56; Claim# 5; Filed: $39,724.56; Reference: Stopped: check issued on 05/01/2019 | 7100-005 | | -490.94 | 490.94 |
| 08/22/19 | 113 | United States Bankruptcy Clerk | Unclaimed funds | 7100-000 | | 490.94 | 0.00 |
| | | | COLUMN TOTALS | | 18,008.18 | 18,008.18 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,008.18 | 18,008.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,008.18 | $18,008.18 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** 14-00909 | **Trustee Name:** Joseph W. Hammes (340270) |
| **Case Name:** UNIVERSAL SUPPLY INC. | **Bank Name:** Mechanics Bank |
| **Taxpayer ID #:** **-***1345 | **Account #:** ******7067 Checking Account |
| **For Period Ending:** 11/20/2019 | **Blanket Bond (per case limit):** $73,815,850.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7066 Checking Account | $18,100.00 | $18,100.00 | $0.00 |
| ******7067 Checking Account | $18,008.18 | $18,008.18 | $0.00 |
| | **$36,108.18** | **$36,108.18** | **$0.00** |

11/20/2019 /s/Joseph W. Hammes
Date Joseph W. Hammes

UST Form 101-7-TDR (10 /1/2010)